DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ADELINA ROBERTSON and CLYDE ROBERTSON,

Appellants,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for
Home Equity Mortgage Loan asset-backed trust series INABS 2006-
E, Home Equity Mortgage Loan asset-backed certificates series
INABS 2006-E; AND ANY AND ALL UNKNOWN PARTIES CLAIMING
BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED
INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD
OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES OR
OTHER CLAIMANTS,

Appellees.

No. 2D19-4426

_____

September 15, 2021

Appeal from the Circuit Court for Pasco County; Gregory G. Groger,
Judge.

Ivan D. Ivanov and Matthew D. Wolf of Ivanov & Wolf, PLLC,
Tampa, for Appellants.

Kimberly S. Mello and Linda M. Reck of Greenberg Traurig, P.A.,
Orlando, for Appellee Deutsche Bank National Trust Company, as

Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-E, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-E.

No appearance for remaining Appellees.


PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.